| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **RESHMA KAMATH SBN 333800**<br>**LAW OFFICE OF RESHMA KAMATH**<br>**700 El Camino Real, Menlo Park, CA, USA 120-1084**<br>**MENLO PARK, CA 94025**<br>ATTORNEY FOR **Plaintiff** | **(650) 257-0719** | |
| EASTERN DISTRICT, FRESNO<br>2500 Tulare St. Rm 1501<br>Fresno, CA 93721 | | |
| SHORT TITLE OF CASE:<br>DHILLON, RANDEEP SINGH v. EDWARDS, WILLIAM | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>1:23-at-00238 |
| **Declaration of Service** | | Ref. No. or File No:<br>DHILLON |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Complaint; Summons in a Civil Case; Order; Order; General Order; General Order; General Order**

On: **FORREST MILLER**

I served the summons at:

**8021 Greenleaf Ave, Whittier, CA 90602**

On: **4/10/2023** Time: **02:44 PM**

In the above mentioned action by substituted service and leaving with

**Wendy Mendez - Secretary**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **Marcos Garcia**
b. Address: **15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709**
c. Telephone number: **909-664-9577**
d. **The fee** for this service was: **105.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Marcos Garcia** Date: **04/10/2023**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **RESHMA KAMATH SBN 333800**<br>**LAW OFFICE OF RESHMA KAMATH**<br>**700 El Camino Real, Menlo Park, CA, USA 120-1084**<br>**MENLO PARK, CA 94025**<br>ATTORNEY FOR **Plaintiff** | **(650) 257-0719** | |
| EASTERN DISTRICT, FRESNO<br>2500 Tulare St. Rm 1501<br>Fresno, CA 93721 | | |
| SHORT TITLE OF CASE:<br>DHILLON, RANDEEP SINGH v. EDWARDS, WILLIAM | | |
| DATE: TIME: DEP./DIV. | | CASE NUMBER:<br>1:23-at-00238 |
| **Declaration of Diligence** | | Ref. No. or File No:<br>DHILLON |

United States District Court

Person to Serve: **FORREST MILLER**

Documents Received: **Complaint; Summons in a Civil Case; Order; Order; General Order; General Order; General Order**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

| | | |
|---|---|---|
| **Apr 06 2023** | **12:08 PM** | 8021 Greenleaf Ave, Whittier, CA 90602; The subject is not in at business address. |
| **Apr 07 2023** | **11:06 AM** | 8021 Greenleaf Ave, Whittier, CA 90602; The subject is not in at business address. |
| **Apr 10 2023** | **02:44 PM** | 8021 Greenleaf Ave, Whittier, CA 90602; Sub-Served on person in charge |

Person attempting service:

a. Name: **Marcos Garcia**
b. Address: **15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709**
c. Telephone number: **909-664-9577**
d. **The fee** for this service was: **105.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

RAPID LEGAL®

**Marcos Garcia** Date: **04/11/2023**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|
| **RESHMA KAMATH SBN 333800** **(650) 257-0719**<br>**LAW OFFICE OF RESHMA KAMATH**<br>**700 El Camino Real, Menlo Park, CA, USA 120-1084**<br>**MENLO PARK, CA 94025**<br>ATTORNEY FOR **Plaintiff** | |
| EASTERN DISTRICT, FRESNO<br>2500 Tulare St. Rm 1501<br>Fresno, CA 93721 | |
| SHORT TITLE OF CASE:<br>DHILLON, RANDEEP SINGH v. EDWARDS, WILLIAM | |
| DATE: TIME: DEP./DIV. | CASE NUMBER:<br>1:23-at-00238 |
| **Declaration of Service by Mail** | Ref. No. or File No:<br>DHILLON |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years andnot a party to the within entitled action.

On **04/10/2023**, I served the within:
**Complaint; Summons in a Civil Case; Order; Order; General Order; General Order; General Order**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **Chino Hills**, California, addressed as follows:

**FORREST MILLER**
**8021 Greenleaf Ave, Whittier, CA 90602**

Declarant:

a. Name: **Patricia Gonzalez**
b. Address: **15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709**
c. Telephone number: **909-664-9577**
d. **The fee** for this service was: **105.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

RAPID LEGAL®

Patricia Gonzalez

**Patricia Gonzalez** Date: **04/11/2023**