| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) TELEPHONE NUMBER<br>**RESHMA KAMATH SBN 333800** **(650) 257-0719**<br>**LAW OFFICE OF RESHMA KAMATH**<br>**700 El Camino Real, Menlo Park, CA, USA 120-1084**<br>**MENLO PARK, CA 94025**<br>ATTORNEY FOR **Plaintiff** | FOR COURT USE ONLY |
| EASTERN DISTRICT, FRESNO<br>2500 Tulare St. Rm 1501<br>Fresno, CA 93721 | |
| SHORT TITLE OF CASE:<br>DHILLON, RANDEEP SINGH v. EDWARDS, WILLIAM | |
| DATE: TIME: DEP./DIV. | CASE NUMBER:<br>1:23-at-00238 |
| **Declaration of Service** | Ref. No. or File No:<br>DHILLON |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Complaint; Summons in a Civil Case; Order Setting Mandatory Scheduling Conference; Scheduling Conference Worksheet; Magistrate Judge Consent in Civil Cases: Know Your Rights, NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION AND APPEAL INSTRUCTIONS, CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION; CONSENT / DECLINE OF U.S. MAGISTRATE JUDGE JURISDICTION, STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271; STANDING ORDER**

On: **WILLIAM EDWARDS**

I personally served the summons on the individual at:

**168 H St, Bakersfield, CA 93304**

On: **4/6/2023** Date: **01:34 PM**

Person attempting service:

a. Name: **Raquel Quarnstrom**
b. Address: **15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709**
c. Telephone number: **909-664-9577**
d. **The fee** for this service was: **135.00**
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Raquel Quarnstrom

**Raquel Quarnstrom** Date: **05/02/2023**