**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800,
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Counsel for Plaintiffs RANDEEP SINGH DHILLON, an individual; PINDER SINGH, an individual; GURPREET SINGH, an individual; BALWINDER SINGH, an individual

**IN AND FOR THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| RANDEEP SINGH DHILLON, an individual; PINDER SINGH, an individual; GURPREET SINGH, an individual; BALWINDER SINGH, an individual,<br>Plaintiffs,<br>v.<br>WILLIAM EDWARDS, a California lawyer; FORREST MILLER, a California lawyer; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: **1:23-cv-00416-ADA-CDB**<br><br>**COUNSEL RESHMA KAMATH'S COMMENTS *RE* CLERK'S NOTICE DATED 5/4/2023 9:00 A.M. PDT**<br><br>**DEMAND FOR JURY TRIAL** |

***TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:***

COUNSEL RESHMA KAMATH had thoroughly yesterday checked under MOTION RELATED DOCUMENTS for "REQUEST" (none exists,) and other tabs, for "MOTION FOR LEAVE"/ "FOR LEAVE" (none exists.)

Should the CLERK know of such a tab, COUNSEL RESHMA KAMATH requests the CLERK to inform COUNSEL.

Otherwise, the COURT's TABS need to FIXED.

Until then, the PLAINTIFFS' REQUEST FOR LEAVE is properly filed under the only tab, NOTICE. The only other appropriate tab, could be "MISCELLANEOUS RELIEF."

///

In a different issue, CLERK has NOT issued any announcement against DEFENDANT WILLIAM EDWARDS for filing under the INCORRECT TAB – i.e., MOTION FOR DEFAULT JUDGMENT (where it should be motion to set aside.

///

COUNSEL RESHMA KAMATH requests the CLERK and COURT to be impartial and equal even in the announcements, and not to be swayed by DEFENDANTS' statements (not under oath, and often without basis in fact,) in forming opinions.

///

PLAINTIFFS WANTED TO FILE IN FEDERAL COURT, not only COUNSEL.

///

*Respectfully submitted,*

**DATED: May 4, 2023,**

/S/ Reshma Kamath

**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath,
Counsel for RANDEEP SINGH DHILLON, an individual; PINDER SINGH, an individual; GURPREET SINGH, an individual; BALWINDER SINGH, an individual

**PROOF OF SERVICE**

F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in, the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, United States, and electronic-service address is reshmakamath2021@gmail.com. On May 2, 2023, I served the following document(s), by method(s) indicated below, on the parties in this action: *SEE ATTACHED SERVICE LIST*.

///

**COUNSEL RESHMA KAMATH'S COMMENTS *RE* CLERK'S NOTICE DATED 5/4/2023 9:00 A.M. PDT**

///

**ELECTRONIC SERVICE**: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein.

///

**UNITED STATES MAIL SERVICE**: In enclosing the documents in a sealed envelope or package addressed to the persons at the addresses below in depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid.

///

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on the 2nd day of May, 2023.

***/s/ Reshma Kamath***
**Reshma Kamath**

**SERVICE LIST**

WILLIAM EDWARDS, Defendant

168 H St, Bakersfield, CA 93304

E.: weejlaw@yahoo.com ; welawfirm@gmail.com ;

FORREST MILLER, Defendant

8021 Greenleaf Ave, Whittier, CA 90602

E.: forrestmiller@forrestmillerlaw.com