Patrick J. Gorman (SBN 131138)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Telephone (559) 224-2131
Fax (559) 229-7295
e-mail: pgorman@wctlaw.com

Attorneys for Lien Claimants Margaret Kent, an individual and R&M Kent Family Ltd. Partnership, a Texas limited partnership

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

**UNITED STATES DISTRICT COURT**

**EASTERN DIVISION OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| RANDEEP SINGH. DHILLON, an individual; PINDER SINGH, an individual; GURPREET SINGH; an individual; BALWINDER SINGH, and individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM EDWARDS, a California lawyer; FORREST MILLER, a California lawyer; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 1:23-CV-00416-ADA-CDB<br><br>**NOTICE OF LIEN** |

**ALL PARTIES IN THIS ACTION ARE NOTIFIED THAT:**

1. A lien is created by this notice under Article 5 (commencing with section 708.410) of Chapter 6 of Title 9 of Part 2 of the California Code of Civil Procedure.

2. The lien is based on a money judgment.

3. The money judgment is entered in the following action:

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

a. Title of court: Kern County Superior Court

b. Name of case: Dhillon v Romance

c. Number of case: S-1500-CV-284468

d. Dates of entry of Judgment: October 7, 2020 and February 9, 2023

4. The name and address of the judgment creditor is: Margaret Kent and R&M Kent Family Ltd. Partnership, c/o Patrick J. Gorman, Esq., 246 W. Shaw, Fresno, CA 93704.

5. The name and last known address of the judgment debtor is: Randeep S. Dhillon, 2620 Buck Owens Blvd., Bakersfield, CA 93308.

6. The amount required to satisfy the judgment creditors' money judgment at the time of this notice is filed is $67,686.55. (Copies of 2 separate recorded abstracts are attached.)

7. The lien created by this notice attaches to any cause of action of the person named in item 5 that is the subject of this action or proceeding and that person's rights to money or property under any judgment subsequently procured in this action or proceeding.

8. No compromise, dismissal, settlement, or satisfaction of this action or proceeding or any of the rights of the person named in item 5 to money or property under any judgment procured in the action or proceeding may be entered into by or on behalf of that person, and that person may not enforce any rights to money or property under any judgment procured in this action or proceeding by a writ or otherwise, unless one of the following requirements is satisfied:

a. the prior approval by order of the court in this action or proceeding has been obtained;

b. by written consent of the person named in item 4 has been obtained or that person has released the lien; or

c. the money judgment of the person named in item 4 has been satisfied.

| |
|---|
| **NOTICE The person named in item 5 may claim an exemption for all or any portion of the money or property within 30 days after receiving notice of the creation of the lien. The exemption is waived if it is not claimed in time.** |

Date: May 15, 2023

PATRICK J. GORMAN
Attorneys for Margaret Kent, an individual and R&M Kent Family Ltd. Partnership, a Texas Limited Partnership

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

RECORDING REQUESTED BY:

Wild, Carter & Tipton

WHEN RECORDED, RETURN TO:

Patrick J. Gorman, Esq.
WILD, CARTER & TIPTON
A Professional Corporation
Attorneys at Law
246 West Shaw Avenue
Fresno, California 93704

**Jon Lifquist, Assessor – Recorder**
**Kern County Official Records**

Recorded at the request of
Public

DUARTED
10/23/2020
1:35 PM

DOC#: 220156904

| | |
|---|---|
| Stat Types: 1 | Pages: 3 |
| Fees | 29.00 |
| Taxes | 0.00 |
| Others | 75.00 |
| PAID | $104.00 |

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

TITLE:

ABSTRACT OF JUDGMENT

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):
After recording, return to:
PATRICK J. GORMAN (SBN 131138)
WILD, CARTER & TIPTON
246 W. SHAW AVENUE
FRESNO, CA 93704
TEL NO.: (559) 224-2131 FAX NO. (optional): (559) 224-8462
E-MAIL ADDRESS (Optional): pgorman@wctlaw.com
[X] ATTORNEY FOR [X] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Kern
STREET ADDRESS: 1415 Truxtun Ave.
MAILING ADDRESS:
CITY AND ZIP CODE: Bakersfield, California 93301
BRANCH NAME: Metropolitan

FOR RECORDER'S USE ONLY

PLAINTIFF: Randeep S. Dhillon
DEFENDANT: Margaret Kent

CASE NUMBER: S-1500-CV-284468

## ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS

[ ] Amended

FOR COURT USE ONLY

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document as a correct copy of the official court record. This official certified court record shall have the same validity and legal force and effect as an original paper document. California Government Code § 68150(g).

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   Name and last known address
   Randeep S. Dhillon
   2620 Buck Owens Blvd.
   Bakersfield, CA 93308
   b. Driver's license no. [last 4 digits] and state: [X] Unknown
   c. Social security no. [last 4 digits]: [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
   Margaret Kent personally served on 9/19/15
   R&M Kent Family Ltd. personally served on 9/19/15
2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   R&M Kent Family Ltd. Partnership
   c/o Patrick J. Gorman, Esq.
   246 W. Shaw Ave., Fresno CA 93704
4. [X] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: October 14, 2020
Patrick J. Gorman
(TYPE OR PRINT NAME)
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 45,704.15
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 10/7/20
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.
10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):
11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):
12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on (date): 10/14/2020

TAMARAH HARBER-PICKENS
Clerk, by Maribel Villalon, Deputy



Pursuant to CRC 2.259(e)(1) this document has been electronically filed by the Superior Court of California, County of Kern, on 10/14/2020 2:41 PM

| | |
|---|---|
| PLAINTIFF: Randeep S. Dhillon<br>DEFENDANT: Margaret Kent | COURT CASE NO: S-1500-CV-284468 |

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Margaret Kent
c/o Patrick J. Gorman, Esq.
WILD, CARTER & TIPTON
246 W. Shaw Ave.
Fresno, CA 93704

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

20. ☐ Continued on Attachment 20.

RECORDING REQUESTED BY:

Wild, Carter & Tipton

WHEN RECORDED, RETURN TO:

Patrick J. Gorman, Esq.
WILD, CARTER & TIPTON
A Professional Corporation
Attorneys at Law
246 West Shaw Avenue
Fresno, California 93704

Laura Avila, Assessor – Recorder
Kern County Official Records
Recorded at the request of
Public

BOLDENL
3/07/2023
8:11 AM

DOC#: 223025907

Stat Types: 1 Pages: 3

| | |
|---|---|
| Fees | 29.00 |
| Taxes | 0.00 |
| Others | 75.00 |
| PAID | $104.00 |

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

TITLE:

ABSTRACT OF JUDGMENT

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number):*
After recording, return to:
PATRICK J. GORMAN (SBN 131138)
WILD, CARTER & TIPTON
246 W. SHAW AVENUE
FRESNO, CA 93704
TEL NO.: (559) 224-2131 FAX NO. *(optional):* (559) 224-8462
E-MAIL ADDRESS *(Optional):* pgorman@wctlaw.com

[X] ATTORNEY FOR [X] JUDGMENT CREDITOR [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Kern
STREET ADDRESS: ~~1415~~ Truxtun Ave.
MAILING ADDRESS: 1215 kh
CITY AND ZIP CODE: Bakersfield, California 93301
BRANCH NAME: Metropolitan

FOR RECORDER'S USE ONLY

PLAINTIFF: Randeep S. Dhillon
DEFENDANT: Margaret Kent, et. al.

CASE NUMBER: S-1500-CV-284468

**ABSTRACT OF JUDGMENT - CIVIL AND SMALL CLAIMS** [ ] Amended

FOR COURT USE ONLY

Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document as a correct copy of the official court record. This official certified court record shall have the same validity and legal force and effect as an original paper document. California Government Code § 68150(g).

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      Randeep S. Dhillon
      2620 Buck Owens Blvd.
      Bakersfield, CA 93308
   b. Driver's license no. [last 4 digits] and state: [X] Unknown
   c. Social security no. [last 4 digits]: [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):*
      Margaret Kent personally served on 9/19/15
      R&M Kent Family Ltd. personally served on 9/19/15
2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   R&M Kent Family Ltd. Partnership
   c/o Patrick J. Gorman, Esq.
   246 W. Shaw Ave., Fresno CA 93704
4. [X] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: February 22, 2023
Patrick J. Gorman
(TYPE OR PRINT NAME)

[signature]
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $ 21,982.40
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* 2/9/2023
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.
10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of *(name and address):*
11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*
12. a. [ ] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

TAMARAH HARBER-PICKENS

This abstract issued on *(date):* 2/23/2023

Clerk, by [signature], Deputy



Pursuant to CRC 2.259 this document has been electronically filed by the Superior Court of California, County of Kern, on 2/22/2023 3:15 PM

| PLAINTIFF: Randeep S. Dhillon<br>DEFENDANT: Margaret Kent | COURT CASE NO: S-1500-CV-284468 |
|---|---|

**NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:**

13. Judgment creditor *(name and address):*
Margaret Kent
c/o Patrick J. Gorman, Esq.
WILD, CARTER & TIPTON
246 W. Shaw Ave.
Fresno, CA 93704

14. Judgment creditor *(name and address):*

15. ☐ Continued on Attachment 15.

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:**

16. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

17. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

18. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

19. Name and last known address

Driver's license no. [last 4 digits] and state: ☐ Unknown
Social security no. [last 4 digits]: ☐ Unknown
Summons was personally served at or mailed to *(address):*

20. ☐ Continued on Attachment 20.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF FRESNO

I am employed in the County of Fresno, State of California. I am over the age of 18 and not a party to the within action; my business address is: 246 West Shaw Avenue, Fresno, California 93704.

On **May 15, 2023,** I served the document(s) described as:

NOTICE OF LIEN

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope at: Fresno, California, addressed as follows:

Reshma Kamath, Esq.,
Law Offices of Reshma Kamath
700 El Camino Real, Suite 120, #1084
Menlo Park, CA 94025

William E. Edwards, Jr.
Law Office of William Edwards
168 H Street
Bakersfield, CA 93304

Forrest Rufino Miller
Law Office of Forrest R. Miller
8021 Greenleaf Ave.
Whittier,CA 90602

✔ (BY MAIL) I am readily familiar with this business's practice for collection and processing of correspondence for mailing, and that correspondence, with postage thereon fully prepaid, will be deposited with the U. S. Postal Service on the date hereinabove in the ordinary course of business, at Fresno, California.

____ (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee(s).

____ (BY OVERNIGHT COURIER) I caused the above-referenced envelope(s) to be delivered to an overnight courier service for delivery to the addressee(s).

____ (BY FACSIMILE) I caused the above-referenced document(s) to be faxed to the offices of the addressee(s).

Executed on **May 15, 2023**, at Fresno, California.

✔ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

____ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[signature]
Lauri D. Andreoni