Patrick J. Gorman (SBN 131138)
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, California 93704
Tel: 559-224-2131
Fax: 559-229-7295
E-Mail: pgorman@wctlaw.com

Attorneys for Claimants

WILD, CARTER & TIPTON
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

RANDEEP SINGH DHILLON, an individual; PINDER SINGH, an individual; GURPREET SINGH, an individual; BALWINDER SIGNH, an individual,

Plaintiffs,

vs.

WILLIAM EDWARDS, a California lawyer; FORREST MILLER, a California lawyer, and DOES 1 to 10, inclusive,

Defendants.

Case No.: 1:23-CV-00416-ADA-CDB

**DESIGNATION OF COUNSEL**

Claimants Margaret Kent and R&M Kent Family Ltd. Partnership hereby designate the following attorney from the law firm of Wild, Carter & Tipton as lead counsel for service in this action:

Name: Patrick J. Gorman
246 W. Shaw Ave.
Fresno, CA 93704
Email: pgorman@wctlaw.com

The following attorney is no longer lead counsel in this action:

Name: Michael C. Titus
246 W. Shaw Ave.
Fresno, CA 93704
Email: mtitus@wctlaw.com

Date: May 15, 2023

WILD, CARTER & TIPTON,
A Professional Corporation

By: */s/ Patrick J. Gorman*
Patrick J. Gorman
Attorneys for Claimants

**WILD, CARTER & TIPTON**
246 WEST SHAW AVENUE
FRESNO, CALIFORNIA 93704
TELEPHONE (559) 224-2131