**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800,
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Counsel for Plaintiffs RANDEEP SINGH DHILLON, an individual; PINDER SINGH, an individual; GURPREET SINGH, an individual; BALWINDER SINGH, an individual

**IN AND FOR THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

| | |
|---|---|
| RANDEEP SINGH DHILLON, an individual; PINDER SINGH, an individual; GURPREET SINGH, an individual; BALWINDER SINGH, an individual,<br>Plaintiffs,<br>v.<br>WILLIAM EDWARDS, a California lawyer; FORREST MILLER, a California lawyer; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | Case No.: **1:23-cv-00416-ADA-CDB**<br><br>**DECLARATION OF PLAINTIFF PINDER SINGH IN SUPPORT OF THE OPPOSITION TO THE MOTION OF DEFENDANT WILLIAM EDWARDS**<br><br>**DEMAND FOR JURY TRIAL** |

***TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:***

**DECLARATION OF PINDER SINGH**

**I, PINDER SINGH, declare:**

1. I'm plaintiff in this matter.
2. I'm represented by Counsel Reshma Kamath.
3. I'm filing this declaration in support of the opposition against the motion to set aside default erroneously filed as motion for default judgment by William Edwards; and, the motion to dismiss filed by Defendant Forrest Miller.
4. Both these attorneys have committed malpractice.
5. Defendant William Edwards did not conduct appropriate discovery
6. Defendant William Edwards did not answer several discovery interrogatories, and did not transfer the case file. My undersigned counsel had to make diligent efforts via e-mail, telephone call to several people from Defendant William Edwards' law firm. One lady from Defendant William Edwards even screamed at my undersigned counsel over the phone, and other attorneys have informed my undersigned counsel that the same lady screamed and abused them as well. (WRIGHT VS DHILLON ET AL, Case # BCV-21-100320).
7. Defendant William Edwards falsely took my signature on the day before trial – without informing me, Pinder Singh, and/or me that a trial was commencing the next day. For this, the entire matter ended in non-suit, and we're facing pending appeal with a Reply Brief due in a week – according to the advice of

my undersigned counsel. (PLANZ PINDER ENTERPRISES, INC v. WRIGHT, JACK, BCV-19-100492.)

8. Defendant William Edwards has delayed several matters, such as this.
9. Defendant William Edwards' motion is not only defective that it was filed under the wrong title (and must be struck as my undersigned counsel has stated effectively), we also do not waive any filing and service defects. In fact, the motion to set aside – filed as a motion for default judgment – was not served on my undersigned counsel.
10. My undersigned counsel, Reshma Kamath, became a scape-goat in the courtroom caught between Defendant Forrest Miller, Defendant William Edwards, and the court. In fact, several times, Defendant William Edwards shirked from doing his job in the preparation of trial documents; and, pleaded my undersigned counsel to add Henry Davis' name to the documents that only my undersigned counsel had prepared (not Defendant Forrest Miller.) Then, Defendant Forrest Miller falsified to the courtroom that Henry Davis was represented by undersigned counsel.
11. Neither Defendants Edwards, nor Miller prepared any expert witness even when they represented me for over two years. Only my undersigned counsel prepared three different expert witnesses helping me uncover notary fraud, forgery, and a slew of other property issues.

12. Neither Defendants Edwards, nor Miller posted Jury Fees at the Case Management Conference, and/or thereafter. Both have experience, yet neither did so – not only in Wright v. Dhillon, but also Defendant Edwards in Planz v. Wright. I had informed them that I wanted a jury trial, and a simple thing such as posting jury fees was not done at the CMC.

13. Neither Defendants Edwards, nor Miller should escape this lawsuit. I wanted a federal lawsuit – and I had informed my attorney to file the federal lawsuit. She is not "judge-shopping." It is Miller, and Edwards who're playing games everywhere, and they cannot escape their fraud on the court.

14. I have greatly suffered in my old age. I have lost the 2100 almond trees that I had planted as saplings grown into full-grown mature trees, my equipment, and my livelihood, because of Defendant William Edwards' malpractice, and that of Defendant Forrest Miller.

15. The defendants have jipped me out of millions of dollars from the sale of organic almonds collectively due to ineffective legal representation.

16. Per the advice of my undersigned counsel, if not federal, this must be remanded to state court. Either way, pursuant to my undersigned counsel, we have federal jurisdiction based on the federal Americans with Disabilities Act. I underwent independent mental health examinations (IME) with Dr. Nina Rodd based on my undersigned counsel's advice for above-stated Wright v. Dhillon matter. This will prove the trauma and mental anguish we have faced.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on MAY 16, 2023, electronically. Bakersfield, California.

///

**DATED: May 16, 2023,**

**PINDER SINGH,**

**PLAINTIFF**

///

///

*Respectfully submitted,*

**DATED: May 16, 2023,**

/S/ Reshma Kamath

**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath,
Counsel for RANDEEP SINGH DHILLON, an individual; PINDER SINGH, an individual; GURPREET SINGH, an individual; BALWINDER SINGH, an individual

# PROOF OF SERVICE

F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in, the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, United States, and electronic-service address is reshmakamath2021@gmail.com. On May 17, 2023, I served the following document(s), by method(s) indicated below, on the parties in this action: *SEE ATTACHED SERVICE LIST.*

///

**DECLARATION OF PLAINTIFF PINDER SINGH IN SUPPORT OF THE OPPOSITION TO THE MOTION OF DEFENDANT WILLIAM EDWARDS**

///

**ELECTRONIC SERVICE**: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein.

///

**UNITED STATES MAIL SERVICE**: In enclosing the documents in a sealed envelope or package addressed to the persons at the addresses below in depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid.

///

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on the 17th day of May, 2023.

***/s/ Reshma Kamath***
**Reshma Kamath**

**SERVICE LIST**

WILLIAM EDWARDS, Defendant

168 H St, Bakersfield, CA 93304

E.: weejlaw@yahoo.com ; welawfirm@gmail.com ;

FORREST MILLER, Defendant

8021 Greenleaf Ave, Whittier, CA 90602

E.: forrestmiller@forrestmillerlaw.com