**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath, Cal. Bar No. 333800,
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Counsel for Plaintiffs RANDEEP SINGH DHILLON, an individual; PINDER SINGH, an individual; GURPREET SINGH, an individual; BALWINDER SINGH, an individual

**IN AND FOR THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION**

RANDEEP SINGH DHILLON, an individual; PINDER SINGH, an individual; GURPREET SINGH, an individual; BALWINDER SINGH, an individual,

Plaintiffs,

v.

WILLIAM EDWARDS, a California lawyer; FORREST MILLER, a California lawyer; and DOES 2-10, INCLUSIVE,

Defendants.

Case No.: **1:23-cv-00416-ADA-CDB**

**OBJECTION TO MAGISTRATE JUDGE CHRISTOPHER BAKER'S ERRONEOUS STRIKING OF THE AMENDMENT TO COMPLAINT NAMING DOE 1 AS DEFENDANT DARREN JOHN BOGIE**

**DEMAND FOR JURY TRIAL**

***TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD, HEREIN:***

**OBJECTION**

***PLEASE TAKE NOTICE*** Plaintiffs OBJECT to Magistrate Judge Christopher Baker's striking Order of DOE 1 as DEFENDANT **DARREN JOHN BOGIE** in the above-captioned matter.

1. A doe defendant can be added **without leave of court**.
2. The time-period and **deadline** to add doe defendants has **not passed**.
3. Such a striking from Magistrate Judge Baker only shows bias and prejudice that he is carrying over from other matters. If Magistrate Judge Baker cannot keep his bias in check and remain neutral, then he must re-assign the matter to a different judicial officer.
4. Magistrate Judge Baker must **immediately recuse himself** from this matter, as well as the Lemongas Enterprise, Inc. matter where he could not spell the word, "grant" properly instead Magistrate Judge Baker in one-sentence stated, "grand" without any substantive meritorious basis.
5. Magistrate Judge Baker cannot preside as magistrate judge on three different matters where he consistently demonstrates bias towards Randeep Singh Dhillon and counsel.

///

///

///

*Respectfully submitted,*

**DATED: July 5, 2023,**

/S/ Reshma Kamath

**LAW OFFICE OF RESHMA KAMATH**
Reshma Kamath,
Counsel for RANDEEP SINGH DHILLON, PINDER SINGH, GURPREET SINGH, BALWINDER SINGH

**PROOF OF SERVICE**

F.R.C.P. 5 / C.C.P. § 1013(a)(3), C.C.P. § 1010.6(a)(6) / Cal. R. Ct. R. 2.260

I am employed in, the County of San Mateo, California. I am over the age of 18, and not a party to this action. My business address is: 700 El Camino Real, Suite 120, #1084, Menlo Park, California 94025, United States, and electronic-service address is reshmakamath2021@gmail.com. On July 5, 2023, I served the following document(s), by method(s) indicated below, on the parties in this action: *SEE ATTACHED SERVICE LIST*.

///

**OBJECTION TO MAGISTRATE JUDGE CHRISTOPHER BAKER'S ERRONEOUS STRIKING OF THE AMENDMENT TO COMPLAINT NAMING DOE 1 AS DEFENDANT DARREN JOHN BOGIE**

///

**ELECTRONIC SERVICE**: In electronically transmitting courtesy copies of the document(s) listed above to the email address(es) of the person(s) set forth on the attached service list. To my knowledge, the transmission was reported as complete and without error, as per the electronic service agreement between all parties and their attorneys of record, herein.

///

**UNITED STATES MAIL SERVICE**: In enclosing the documents in a sealed envelope or package addressed to the persons at the addresses below in depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid.

///

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on the 5th day of July, 2023.

***/s/ Reshma Kamath***
**Reshma Kamath**

**SERVICE LIST**

WILLIAM EDWARDS, Defendant

168 H St, Bakersfield, CA 93304

E.: weejlaw@yahoo.com ; welawfirm@gmail.com ;

FORREST MILLER, Defendant

8021 Greenleaf Ave, Whittier, CA 90602

E.: forrestmiller@forrestmillerlaw.com

Darren J. Bogié Esq.

darren@darrenbogie.com

(661) 412-2894

DARREN J. BOGIÉ, ATTORNEY & CONSULTANT

1626 19th Street, 2nd Floor,

PO Box 1902,

Bakersfield CA 93303