**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**RANDEEP SINGH DHILLON , ET AL. ,**

Plaintiff,

vs.

**WILLIAM EDWARDS , ET AL. ,**

Defendant(s).

______________________________________/

NO. **1:23−CV−00416−NODJ−CDB**

ORDER OF TEMPORARY REASSIGNMENT TO NO DISTRICT COURT JUDGE (NODJ)

Due to the elevation of United States District Judge Ana I. de Alba to Ninth Circuit Court of Appeals Judge, the court finds it necessary to assign the above-captioned case to No District Court Judge (NODJ) until a new district judge is appointed.

As of December 1, 2023, all civil cases previously assigned to Judge de Alba, and all newly filed cases that will be randomly assigned to her future replacement, will not be assigned to a District Judge. These cases will bear the designation "NODJ" as the assigned district judge and will bear the initials of the assigned magistrate judge. Contact information for the NODJ chambers and courtroom deputy can be found here. Proposed orders for a District Judge in this case should be sent to nodjorders@caed.uscourts.gov. Parties in all civil cases are reminded of their option to consent to magistrate judge jurisdiction as provided by 28 U.S.C. § 636(c).

/////

/////

IT IS THEREFORE ORDERED that this case is hereby temporarily assigned to NODJ until such time as a new district judge is appointed. All dates currently set shall remain pending subject to further order of the court. Documents filed in this case shall include the assigned judges' initials, as follows:

**1:23−CV−00416−NODJ−CDB**

DATED: December 1, 2023

CHIEF UNITED STATES DISTRICT JUDGE