# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**RANDEEP SINGH DHILLON , ET AL. ,**

v.

**WILLIAM EDWARDS , ET AL. ,**

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:23−CV−00416−KES−CDB**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/30/2025 .**

ENTERED: **July 30, 2025**

/s/ **Keith Holland**
Clerk of Court